1
2
3
4
5
6
7
8
9
10

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EFX PERFORMANCE, INC., a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> DIRK LINDLEY, an individual; and LAM KOK CHOON aka MATTHEW LAM, an individual; GROUNDED, a business entity of form unknown, <br><br> Defendants. | Case No.:   SACV10-1261 JAK(AGRx) <br><br> *Assigned to District Judge John A. Kronstadt* <br><br> **STIPULATION FOR ENTRY OF PERMANENT INJUNCTION AGAINST DEFENDANTS, DIRK LINDLEY, LAM KOK CHOON aka MATTHEW LAM, AND GROUNDED; ORDER THEREON** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO AND THEIR RESPECTIVE ATTORNEYS OF RECORD that:

Defendant, DIRK LINDLEY ("LINDLEY"), Defendant, LAM KOK CHOON aka MATTHEW LAM ("LAM"), and Defendant, GROUNDED, a fictitious business name used by Dirk Lindley ("GROUNDED"), (individually and collectively referred to herein as "Defendants"), and their agents, servants, employees, representatives, and any other persons or entities acting in concert or participation with LINDLEY, LAM,

or GROUNDED, or any of them, hereby agree to immediately and permanently cease and desist from the following activities, on a worldwide basis, including, without limitation, activities in Singapore, and thereafter permanently abstain from:

      a.    Marketing, promoting, printing, using, selling, distributing or otherwise disseminating, either directly or indirectly, any goods, services or materials of any sort, in any medium of communication or reproducing, either in print, electronically or otherwise, or causing others to reproduce any products, communication or packaging incorporating any and all EFX trademarks, EFX copyrights and/or EFX packaging (Exhibit A) or any colorable imitations thereof, and from offering for sale, distributing, selling or promoting any goods or services incorporating or utilizing EFX trademarks, EFX copyrights and/or EFX packaging or any colorable imitations thereof;

      b.    Using the letters "EFX" as or as part of a trade name, business name, domain name, product name, service name, website name, email address or for any commercial purpose;

      c.    Using any false or misleading designations of origin or false or misleading descriptions or representations of fact in connection with the manufacture, production, distribution, circulation, sale, offering for sale, advertising, promotion or display of its goods and/or services under or using any and all EFX trademarks, EFX copyrights and/or EFX packaging or any colorable imitations thereof;

      d.    Using or acquiring any domain name incorporating the letters "EFX" or any EFX trademarks or any variations or derivatives thereof, singly, or in combination with any other word or symbol, or any other domain name confusingly similar to any EFX trademarks, including, but not limited to, all present active and inactive domain names owned by or registered to Defendants, or any of them, or those of affiliates of Defendants, that incorporate the sequential sequence of

1    letters "EFX"; and

2           e.    From assisting, aiding or abetting any other person or

3    business entity from engaging in or performing any of the above-described acts.

4           3.    This Court shall have continuing jurisdiction over the parties to

5    enforce the terms of this Stipulation for Permanent Injunction. Violation of this

6    Stipulation for Permanent Injunction may subject LINDLEY or LAM to criminal or

7    civil contempt penalties, at the discretion of the Court.

8           4.    Upon entry of an Order upon this Stipulation for Permanent

9    Injunction, Plaintiff EFX Performance, Inc. shall file a dismissal with prejudice of the

10   subject action pursuant to Rule 41, Fed. R. Civ. P.

11   IT IS SO STIPULATED AND AGREED.

12

13   January ___, 2012                    _____

14                                        DIRK LINDLEY

15

16   January ___, 2012                    /s/ Jonathan Pearce_____

17                                        Jonathan Pearce
                                          SoCal IP Law Group LLP

18                                        Attorneys for Defendant Lam Kok Choon

19

20   January ___, 2012                    _____

21                                        GROUNDED,
                                          a fictitious business name

22                                        used by Dirk Lindley

23

24   January___, 2012                     _____

25                                        EFX PERFORMANCE, INC.

26                                        By:_____
                                          Its:_____

27

28

1
2              **<u>ORDER</u>**
3       IT IS SO ORDERED, ADJUDGED AND DECREED:
4
5
6  Dated: January 24, 2012     _____
7                              HON. JOHN A. KRONSTADT
                               UNITED STATES DISTRICT COURT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28